## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DONNA KRAEMER,

     Plaintiff,

v.                                   Case No: 8:23-cv-852-CEH-SPF

WAL-MART STORES EAST, LP,

     Defendant.

_____

### ORDER

The Court has been advised by the Notice of Settlement (Doc. 17) that the above-styled action has been completely settled with each party to bear their own costs and fees. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied as moot** and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 7, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties, if any